| CO. | FILE | DEPT. | CLOCK | VCHR |
|---|---|---|---|---|
| 9BY | 011740 | | 33 | 0000390268  1 |

# Earnings Statement 

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Period Beginning: 09/09/2019
Period Ending: 09/22/2019
Pay Date: 09/27/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

NILAM PATEL
6035 SNAPDRAGON CT.
BENSALEM PA 19020

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.1500 | 80.00 | 972.00 | 16,402.73 |
| Overtime | 18.2250 | 1.00 | 18.23 | 546.60 |
| Ee Appreciation | | | | 97.20 |
| Float Hol | | | | 194.40 |
| Holiday | | | | 216.70 |
| Pto | | | | 1,360.80 |
| Shift Ft | | | | 180.29 |
| Shift Ft Ot | | | | 239.84 |
| **Gross Pay** | | | **$990.23** | 19,797.47 |

| Net Check | $0.00 |
|---|---|

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $907.19

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 990.23 | 19,797.47 |

**Important Notes**
COMPANY PHONE IS : (484) 235-5738

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -45.34 | 906.32 |
| | Social Security Tax | -56.25 | 1,118.37 |
| | Medicare Tax | -13.15 | 261.55 |
| | PA State Income Tax | -27.85 | 553.77 |
| | Lower Southa Income Tax | -9.07 | 180.38 |
| | PA SUI/SDI Tax | -0.60 | 11.88 |
| | Lower Southa Local Svc Tax | | 10.00 |
| | **Other** | | |
| | Lifeemp | -6.62 | 120.20 |
| | Ltd | -10.01 | 192.64 |
| | Pretax Dental | -9.62* | 287.48 |
| | Pretax Med | -68.21* | 1,332.24 |
| | Pretax Vision | -5.21* | 139.56 |
| | STD | -7.21 | 144.06 |
| **Net Pay** | | **$731.09** | |
| | Savings 1 | -731.09 | |

© 2000 ADP, LLC

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Advice number: 00000390268
Pay date: 09/27/2019

Deposited to the account of
NILAM PATEL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx9520 | xxxx xxxx | $731.09 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR |
|---|---|---|---|---|
| 9BY | 011740 | 33 | | 0000370268 1 |

# Earnings Statement

**ADP**

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Period Beginning: 08/26/2019
Period Ending: 09/08/2019
Pay Date: 09/13/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

NILAM PATEL
6035 SNAPDRAGON CT.
BENSALEM PA 19020

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.1500 | 77.00 | 935.55 | 15,430.73 |
| Holiday | 12.1500 | 1.75 | 21.26 | 216.70 |
| Holiday Ot | 12.1500 | 6.25 | 151.88 | |
| Shift Ft | 12.1500 | 3.00 | 40.82 | 180.29 |
| Overtime | | | | 528.37 |
| Ee Appreciation | | | | 97.20 |
| Float Hol | | | | 194.40 |
| Pto | | | | 1,360.80 |
| Shift Ft Ot | | | | 239.84 |
| **Gross Pay** | | | **$1,149.51** | 18,807.24 |

| Other | this period | year to date |
|---|---|---|
| Savings 1 | -855.70 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,066.47

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,149.51 | 18,807.24 |

**Important Notes**
COMPANY PHONE IS: (484) 235-5738

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -61.26 | 860.98 |
| | Social Security Tax | -66.12 | 1,062.12 |
| | Medicare Tax | -15.46 | 248.40 |
| | PA State Income Tax | -32.74 | 525.92 |
| | Lower Southa Income Tax | -10.66 | 171.31 |
| | PA SUI/SDI Tax | -0.69 | 11.28 |
| | Lower Southa Local Svc Tax | | 10.00 |
| | **Other** | | |
| | Lifeemp | -6.62 | 113.58 |
| | Ltd | -10.01 | 182.63 |
| | Pretax Dental | -9.62* | 277.86 |
| | Pretax Med | -68.21* | 1,264.03 |
| | Pretax Vision | -5.21* | 134.35 |
| | STD | -7.21 | 136.85 |
| **Net Pay** | | **$855.70** | |

© 2000 ADP, LLC

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Advice number: 00000370268
Pay date: 09/13/2019



Deposited to the account of
NILAM PATEL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9520 | xxxx xxxx | $855.70 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| 9BY | 011740 | | 33 | 0000350264 | 1 |

# Earnings Statement

**ADP**

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Period Beginning: 08/12/2019
Period Ending: 08/25/2019
Pay Date: 08/30/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

NILAM PATEL
6035 SNAPDRAGON CT.
BENSALEM PA 19020

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.1500 | 77.00 | 935.55 | 14,495.18 |
| Overtime | 18.2250 | 3.00 | 54.68 | 528.37 |
| Shift Ft | 12.1500 | 3.00 | 40.82 | 139.47 |
| Ee Appreciation | | | | 97.20 |
| Float Hol | | | | 194.40 |
| Holiday | | | | 195.44 |
| Pto | | | | 1,360.80 |
| Shift Ft Ot | | | | 239.84 |
| **Gross Pay** | | | **$1,031.05** | 17,657.73 |

| Net Check | $0.00 |
|---|---|

* Excluded from federal taxable wages
Your federal taxable wages this period are $948.01

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,031.05 | 17,657.73 |

**Important Notes**
COMPANY PHONE IS : (484) 235-5738

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -49.42 | 799.72 |
| | Social Security Tax | -58.78 | 996.00 |
| | Medicare Tax | -13.75 | 232.94 |
| | PA State Income Tax | -29.10 | 493.18 |
| | Lower Southa Income Tax | -9.48 | 160.65 |
| | PA SUI/SDI Tax | -0.61 | 10.59 |
| | Lower Southa Local Svc Tax | | 10.00 |
| **Other** | | | |
| | Lifeemp | -6.62 | 106.96 |
| | Ltd | -10.01 | 172.62 |
| | Pretax Dental | -9.62* | 268.24 |
| | Pretax Med | -68.21* | 1,195.82 |
| | Pretax Vision | -5.21* | 129.14 |
| | STD | -7.21 | 129.64 |
| **Net Pay** | | **$763.03** | |
| | Savings 1 | -763.03 | |

© 2000 ADP, LLC

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Advice number: 00000350264
Pay date: 08/30/2019

Deposited to the account of
NILAM PATEL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx9520 | xxxx xxxx | $763.03 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| 9BY | 011740 | 33 | 0000330265 | 1 |

**Earnings Statement** ADP

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Period Beginning: 07/29/2019
Period Ending: 08/11/2019
Pay Date: 08/16/2019

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0
 PA: N/A

NILAM PATEL
6035 SNAPDRAGON CT.
BENSALEM PA 19020

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.1500 | 78.75 | 956.81 | 13,559.63 |
| Overtime | 18.2250 | 8.75 | 159.47 | 473.69 |
| Shift Ft | 12.1500 | 1.25 | 17.01 | 98.65 |
| Shift Ft Ot | 12.1500 | 2.00 | 40.82 | 239.84 |
| Ee Appreciation | | | | 97.20 |
| Float Hol | | | | 194.40 |
| Holiday | | | | 195.44 |
| Pto | | | | 1,360.80 |
| **Gross Pay** | | | **$1,174.11** | 16,626.68 |

Net Check                $0.00

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,091.07

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,174.11 | 16,626.68 |

**Important Notes**
COMPANY PHONE IS : (484) 235-5738

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -63.72 | 750.30 |
| | Social Security Tax | -67.64 | 937.22 |
| | Medicare Tax | -15.82 | 219.19 |
| | PA State Income Tax | -33.50 | 464.08 |
| | Lower Southa Income Tax | -10.91 | 151.17 |
| | PA SUI/SDI Tax | -0.71 | 9.98 |
| | Lower Southa Local Svc Tax | | 10.00 |
| | **Other** | | |
| | Lifeemp | -6.62 | 100.34 |
| | Ltd | -10.01 | 162.61 |
| | Pretax Dental | -9.62* | 258.62 |
| | Pretax Med | -68.21* | 1,127.61 |
| | Pretax Vision | -5.21* | 123.93 |
| | STD | -7.21 | 122.43 |
| | **Net Pay** | **$874.93** | |
| | Savings 1 | -874.93 | |

© 2000 ADP, LLC

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Advice number: 00000330265
Pay date: 08/16/2019

Deposited to the account of
NILAM PATEL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9520 | xxxx xxxx | $874.93 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement 

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| 9BY | 011740 | 33 | 0000310262 | 1 |  |

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Period Beginning:  07/15/2019
Period Ending:     07/28/2019
Pay Date:          08/02/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

NILAM PATEL
6035 SNAPDRAGON CT.
BENSALEM PA 19020

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.1500 | 72.00 | 874.80 | 12,602.82 |
| Pto | 12.1500 | 8.00 | 97.20 | 1,360.80 |
| Shift Ft Ot | 12.1500 | 3.00 | 61.24 | 199.02 |
| Overtime | | | | 314.22 |
| Ee Appreciation | | | | 97.20 |
| Float Hol | | | | 194.40 |
| Holiday | | | | 195.44 |
| Shift Ft | | | | 81.64 |
| **Gross Pay** | | | **$1,033.24** | 15,452.57 |

Net Check   $0.00

* Excluded from federal taxable wages
  Your federal taxable wages this period are $950.20

Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,033.24 | 15,452.57 |

**Important Notes**
COMPANY PHONE IS : (484) 235-5738

## Deductions

| Statutory | | |
|---|---|---|
| Federal Income Tax | -49.64 | 686.58 |
| Social Security Tax | -58.91 | 869.58 |
| Medicare Tax | -13.78 | 203.37 |
| PA State Income Tax | -29.17 | 430.58 |
| Lower Southa Income Tax | -9.50 | 140.26 |
| PA SUI/SDI Tax | -0.62 | 9.27 |
| Lower Southa Local Svc Tax | | 10.00 |

| Other | | |
|---|---|---|
| Lifeemp | -6.62 | 93.72 |
| Ltd | -10.01 | 152.60 |
| Pretax Dental | -9.62* | 249.00 |
| Pretax Med | -68.21* | 1,059.40 |
| Pretax Vision | -5.21* | 118.72 |
| STD | -7.21 | 115.22 |

**Net Pay**   **$764.74**
Savings 1   -764.74

---

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Advice number: 00000310262
Pay date: 08/02/2019

Deposited to the account of
NILAM PATEL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9520 | xxxx  xxxx | $764.74 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement 

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

| | |
|---|---|
| Period Beginning: | 07/01/2019 |
| Period Ending: | 07/14/2019 |
| Pay Date: | 07/19/2019 |

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal:    0
    PA:         N/A

NILAM PATEL
6035 SNAPDRAGON CT.
BENSALEM PA 19020

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.1500 | 73.00 | 886.95 | 11,728.02 |
| Overtime | 18.2250 | 1.00 | 18.23 | 314.22 |
| Holiday Ot | 12.1500 | 9.00 | 218.70 | |
| Shift Ft Ot | 12.1500 | 3.50 | 71.44 | 137.78 |
| Ee Appreciation | | | | 97.20 |
| Float Hol | | | | 194.40 |
| Holiday | | | | 195.44 |
| Pto | | | | 1,263.60 |
| Shift Ft | | | | 81.64 |
| **Gross Pay** | | | **$1,195.32** | 14,419.33 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -65.84 | 636.94 |
| Social Security Tax | | -68.97 | 810.67 |
| Medicare Tax | | -16.13 | 189.59 |
| PA State Income Tax | | -34.15 | 401.41 |
| Lower Southa Income Tax | | -11.12 | 130.76 |
| PA SUI/SDI Tax | | -0.72 | 8.65 |
| Lower Southa Local Svc Tax | | | 10.00 |
| **Other** | | | |
| Lifeemp | | -6.62 | 87.10 |
| Ltd | | -10.01 | 142.59 |
| Pretax Dental | | -9.62* | 239.38 |
| Pretax Med | | -68.21* | 991.19 |
| Pretax Vision | | -5.21* | 113.51 |
| STD | | -7.21 | 108.01 |
| **Net Pay** | | | **$891.51** |

| Other | this period | year to date |
|---|---|---|
| Savings 1 | -891.51 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,112.28

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,195.32 | 14,419.33 |

**Important Notes**
COMPANY PHONE IS : (484) 235-5738

© 2000 ADP, LLC

---

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Advice number:    00000290258
Pay date:         07/19/2019

Deposited to the account of
NILAM PATEL



| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxxxxx9520 | xxxx | xxxx | $891.51 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| 9BY | 011740 | | 33 | 0000270262 | 1 |

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

## Earnings Statement

ADP

Period Beginning: 06/17/2019
Period Ending: 06/30/2019
Pay Date: 07/05/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

NILAM PATEL
6035 SNAPDRAGON CT.
BENSALEM PA 19020

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.1500 | 80.00 | 972.00 | 10,841.07 |
| Overtime | 18.2250 | 2.25 | 41.01 | 295.99 |
| Ee Appreciation | | | | 97.20 |
| Float Hol | | | | 194.40 |
| Holiday | | | | 195.44 |
| Pto | | | | 1,263.60 |
| Shift Ft | | | | 81.64 |
| Shift Ft Ot | | | | 66.34 |
| **Gross Pay** | | | **$1,013.01** | 13,224.01 |

Net Check $0.00

\* Excluded from federal taxable wages
Your federal taxable wages this period are $929.97

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,013.01 | 13,224.01 |

**Important Notes**
COMPANY PHONE IS : (484) 235-5738

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -47.61 | 571.10 |
| | Social Security Tax | -57.65 | 741.70 |
| | Medicare Tax | -13.48 | 173.46 |
| | PA State Income Tax | -28.55 | 367.26 |
| | Lower Southa Income Tax | -9.30 | 119.64 |
| | PA SUI/SDI Tax | -0.60 | 7.93 |
| | Lower Southa Local Svc Tax | | 10.00 |
| | **Other** | | |
| | Lifeemp | -6.62 | 80.48 |
| | Ltd | -10.01 | 132.58 |
| | Pretax Dental | -9.62* | 229.76 |
| | Pretax Med | -68.21* | 922.98 |
| | Pretax Vision | -5.21* | 108.30 |
| | STD | -7.21 | 100.80 |
| | **Net Pay** | **$748.94** | |
| | Savings 1 | -748.94 | |

© 2000 ADP, LLC

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Advice number: 00000270262
Pay date: 07/05/2019

Deposited to the account of
NILAM PATEL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9520 | xxxx xxxx | $748.94 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| 9BY | 011740 | 33 | 00000250263 | 1 |

**Earnings Statement** ADP

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Period Beginning: 06/03/2019
Period Ending: 06/16/2019
Pay Date: 06/21/2019

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0
 PA: N/A

NILAM PATEL
6035 SNAPDRAGON CT.
BENSALEM PA 19020

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.1500 | 79.50 | 965.93 | 9,869.07 |
| Overtime | | | | 254.98 |
| Ee Appreciation | | | | 97.20 |
| Float Hol | | | | 194.40 |
| Holiday | | | | 195.44 |
| Pto | | | | 1,263.60 |
| Shift Ft | | | | 81.64 |
| Shift Ft Ot | | | | 66.34 |
| **Gross Pay** | | | **$965.93** | 12,211.00 |

| Net Check | $0.00 |
|---|---|

\* Excluded from federal taxable wages
 Your federal taxable wages this period are $882.89

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 965.93 | 12,211.00 |

**Important Notes**
COMPANY PHONE IS : (484) 235-5738

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -42.91 | 523.49 |
| | Social Security Tax | -54.74 | 684.05 |
| | Medicare Tax | -12.80 | 159.98 |
| | PA State Income Tax | -27.10 | 338.71 |
| | Lower Southa Income Tax | -8.83 | 110.34 |
| | PA SUI/SDI Tax | -0.58 | 7.33 |
| | Lower Southa Local Svc Tax | | 10.00 |
| | **Other** | | |
| | Lifeemp | -6.62 | 73.86 |
| | Ltd | -10.01 | 122.57 |
| | Pretax Dental | -9.62* | 220.14 |
| | Pretax Med | -68.21* | 854.77 |
| | Pretax Vision | -5.21* | 103.09 |
| | STD | -7.21 | 93.59 |
| | **Net Pay** | **$712.09** | |
| | Savings 1 | -712.09 | |

© 2000 ADP, LLC

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Advice number: 00000250263
Pay date: 06/21/2019

Deposited to the account of
NILAM PATEL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9520 | xxxx xxxx | $712.09 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 9BY | 011740 | | 33 | 0000230257  1 |

**Earnings Statement** 

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Period Beginning: 05/20/2019
Period Ending: 06/02/2019
Pay Date: 06/07/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

NILAM PATEL
6035 SNAPDRAGON CT.
BENSALEM PA 19020

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.1500 | 72.00 | 874.80 | 8,903.14 |
| Overtime | 18.2250 | .25 | 4.56 | 254.98 |
| Holiday | 12.1500 | .25 | 3.04 | 195.44 |
| Holiday Ot | 12.1500 | 7.75 | 188.33 | 1,263.60 |
| Pto | 12.1500 | 8.00 | 97.20 | 97.20 |
| Ee Appreciation | | | | 194.40 |
| Float Hol | | | | 81.64 |
| Shift Ft | | | | 66.34 |
| Shift Ft Ot | | | | |
| **Gross Pay** | | | **$1,167.93** | 11,245.07 |

| Other | this period | year to date |
|---|---|---|
| Savings 1 | -870.08 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,084.89

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,167.93 | 11,245.07 |

**Important Notes**
COMPANY PHONE IS : (484) 235-5738

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -63.11 | 480.58 |
| | Social Security Tax | -67.27 | 629.31 |
| | Medicare Tax | -15.73 | 147.18 |
| | PA State Income Tax | -33.31 | 311.61 |
| | Lower Southa Income Tax | -10.85 | 101.51 |
| | PA SUI/SDI Tax | -0.70 | 6.75 |
| | Lower Southa Local Svc Tax | | 10.00 |
| Other | | | |
| | Lifeemp | -6.62 | 67.24 |
| | Ltd | -10.01 | 112.56 |
| | Pretax Dental | -9.62* | 210.52 |
| | Pretax Med | -68.21* | 786.56 |
| | Pretax Vision | -5.21* | 97.88 |
| | STD | -7.21 | 86.38 |
| **Net Pay** | | | **$870.08** |

© 2000 ADP, LLC

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Advice number: 00000230257
Pay date: 06/07/2019

Deposited to the account of
NILAM PATEL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9520 | xxxx xxxx | $870.08 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| 9BY | 011740 | | 33 | 0000210262   1 |

## Earnings Statement 

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Period Beginning:   05/06/2019
Period Ending:      05/19/2019
Pay Date:           05/24/2019

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:   0
  PA:        N/A

NILAM PATEL
6035 SNAPDRAGON CT.
BENSALEM PA 19020

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.1500 | 71.25 | 865.69 | 8,028.34 |
| Float Hol | 12.1500 | 8.00 | 97.20 | 194.40 |
| Shift Ft | 12.1500 | 3.00 | 40.82 | 81.64 |
| Overtime | | | | 250.42 |
| Ee Appreciation | | | | 97.20 |
| Holiday | | | | 192.40 |
| Pto | | | | 1,166.40 |
| Shift Ft Ot | | | | 66.34 |
| **Gross Pay** | | | **$1,003.71** | 10,077.14 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -46.68 | 417.47 |
| | Social Security Tax | -57.08 | 562.04 |
| | Medicare Tax | -13.35 | 131.45 |
| | PA State Income Tax | -28.26 | 278.30 |
| | Lower Southa Income Tax | -9.21 | 90.66 |
| | PA SUI/SDI Tax | -0.61 | 6.05 |
| | Lower Southa Local Svc Tax | | 10.00 |
| | **Other** | | |
| | Lifeemp | -6.62 | 60.62 |
| | Ltd | -10.01 | 102.55 |
| | Pretax Dental | -9.62* | 200.90 |
| | Pretax Med | -68.21* | 718.35 |
| | Pretax Vision | -5.21* | 92.67 |
| | STD | -7.21 | 79.17 |
| | **Net Pay** | **$741.64** | |
| | Savings 1 | -741.64 | |

**Net Check**    **$0.00**

\* Excluded from federal taxable wages
Your federal taxable wages this period are $920.67

**Other Benefits and Information** | this period | total to date
Max Elig/Comp | 1,003.71 | 10,077.14

**Important Notes**
COMPANY PHONE IS : (484) 235-5738

© 2000 ADP, LLC

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Advice number:   00000210262
Pay date:        05/24/2019



Deposited to the account of
NILAM PATEL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9520 | xxxx xxxx | $741.64 |

## NON-NEGOTIABLE

# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| 9BY | 011740 | | 33 | 0000190258 |

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Period Beginning: 04/22/2019
Period Ending: 05/05/2019
Pay Date: 05/10/2019

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0
 PA: N/A

NILAM PATEL
6035 SNAPDRAGON CT.
BENSALEM PA 19020

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.1500 | 61.00 | 741.15 | 7,162.65 |
| Overtime | 18.2250 | .75 | 13.67 | 250.42 |
| Ee Appreciation | 12.1500 | 8.00 | 97.20 | 97.20 |
| Pto | 12.1500 | 8.00 | 97.20 | 1,166.40 |
| Shift Ft | 12.1500 | 3.00 | 40.82 | 40.82 |
| Float Hol | | | | 97.20 |
| Holiday | | | | 192.40 |
| Shift Ft Ot | | | | 66.34 |
| **Gross Pay** | | | **$990.04** | 9,073.43 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -45.32 | 370.79 |
| | Social Security Tax | -56.23 | 504.96 |
| | Medicare Tax | -13.16 | 118.10 |
| | PA State Income Tax | -27.84 | 250.04 |
| | Lower Southa Income Tax | -9.07 | 81.45 |
| | PA SUI/SDI Tax | -0.59 | 5.44 |
| | Lower Southa Local Svc Tax | | 10.00 |
| | **Other** | | |
| | Lifeemp | -6.62 | 54.00 |
| | Ltd | -10.01 | 92.54 |
| | Pretax Dental | -9.62* | 191.28 |
| | Pretax Med | -68.21* | 650.14 |
| | Pretax Vision | -5.21* | 87.46 |
| | STD | -7.21 | 71.96 |
| | **Net Pay** | **$730.95** | |
| | Savings 1 | -730.95 | |

Net Check $0.00

* Excluded from federal taxable wages
Your federal taxable wages this period are $907.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 990.04 | 9,073.43 |

**Important Notes**
COMPANY PHONE IS : (484) 235-5738

© 2000 ADP, LLC

---

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Advice number: 00000190258
Pay date: 05/10/2019

Deposited to the account of
NILAM PATEL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx9520 | xxxx xxxx | $730.95 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR | | |
|----|------|------|-------|------|---|---|
| 9BY | 011740 | | 33 | 00000170260 | 1 | |

# Earnings Statement

ADP

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Period Beginning: 04/08/2019
Period Ending: 04/21/2019
Pay Date: 04/26/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

NILAM PATEL
6035 SNAPDRAGON CT.
BENSALEM PA 19020

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 12.1500 | 80.00 | 972.00 | 6,421.50 |
| Overtime | 18.2250 | 12.25 | 223.26 | 236.75 |
| Shift Ft Ot | 12.1500 | 3.25 | 66.34 | 66.34 |
| Float Hol | | | | 97.20 |
| Holiday | | | | 192.40 |
| Pto | | | | 1,069.20 |
| **Gross Pay** | | | **$1,261.60** | 8,083.39 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,178.56

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,261.60 | 8,083.39 |

**Important Notes**
COMPANY PHONE IS : (484) 235-5738

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -72.47 | 325.47 |
| | Social Security Tax | -73.07 | 448.73 |
| | Medicare Tax | -17.08 | 104.94 |
| | PA State Income Tax | -36.18 | 222.20 |
| | Lower Southa Income Tax | -11.79 | 72.38 |
| | PA SUI/SDI Tax | -0.76 | 4.85 |
| | Lower Southa Local Svc Tax | | 10.00 |
| | **Other** | | |
| | Lifeemp | -6.62 | 47.38 |
| | Ltd | -10.01 | 82.53 |
| | Pretax Dental | -9.62* | 181.66 |
| | Pretax Med | -68.21* | 581.93 |
| | Pretax Vision | -5.21* | 82.25 |
| | STD | -7.21 | 64.75 |
| | **Net Pay** | **$943.37** | |
| | Savings 1 | -943.37 | |
| | **Net Check** | **$0.00** | |

© 2000 ADP, LLC

---

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Advice number: 00000170260
Pay date: 04/26/2019

Deposited to the account of
NILAM PATEL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx9520 | xxxx xxxx | $943.37 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR |
|---|---|---|---|---|
| 9BY | 011740 | | 33 | 0000150267  1 |

# Earnings Statement



DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Period Beginning: 03/25/2019
Period Ending: 04/07/2019
Pay Date: 04/12/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

NILAM PATEL
6035 SNAPDRAGON CT.
BENSALEM PA 19020

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.1500 | 80.00 | 972.00 | 5,449.50 |
| Overtime | | | | 13.49 |
| Float Hol | | | | 97.20 |
| Holiday | | | | 192.40 |
| Pto | | | | 1,069.20 |
| **Gross Pay** | | | **$972.00** | 6,821.79 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $888.96

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 972.00 | 6,821.79 |

**Important Notes**
COMPANY PHONE IS : (484) 235-5738

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -43.51 | 253.00 |
| | Social Security Tax | -55.12 | 375.66 |
| | Medicare Tax | -12.89 | 87.86 |
| | PA State Income Tax | -27.29 | 186.02 |
| | Lower Southa Income Tax | -8.89 | 60.59 |
| | PA SUI/SDI Tax | -0.58 | 4.09 |
| | Lower Southa Local Svc Tax | | 10.00 |
| | **Other** | | |
| | Lifeemp | -6.62 | 40.76 |
| | Ltd | -10.01 | 72.52 |
| | Pretax Dental | -9.62* | 172.04 |
| | Pretax Med | -68.21* | 513.72 |
| | Pretax Vision | -5.21* | 77.04 |
| | STD | -7.21 | 57.54 |
| | **Net Pay** | **$716.84** | |
| | Savings 1 | -716.84 | |
| | **Net Check** | **$0.00** | |

© 2000 ADP, LLC

DATABANK IMX LLC
620 FREEDOM BUSINESS CENTER DR.
SUITE 120
KING OF PRUSSIA, PA 19406

Advice number: 00000150267
Pay date: 04/12/2019

Deposited to the account of
NILAM PATEL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx9520 | xxxx xxxx | $716.84 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**