**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
| Nilam Patel | : | Chapter 13 |
| | : | Case No.: 19-16366-MDC |
| Debtor(s) | : | |

## ORDER GRANTING DEBTORS' REQUEST FOR AN EXPEDITED HEARING

AND NOW, this ___10th___ day of ___February___ 2022, upon consideration of the Debtors' Motion for an Expedited Hearing to Sell the Property, it is hereby:

ORDERED and DECREED that a hearing will take place on:

Date: ___February 22, 2022___

Time: ___10:30 a.m.___

Debtors Counsel shall serve said date and time via a Notice on all interested parties, and the Chapter 13 Standing Trustee

DATE: _____

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE